**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA, |
| v. |
| DAVID LEE THOMAS, *also known as* ABDULLAH MALIK THOMAS, |
| *Defendant*. |

Criminal Action No. 17-194 (RDM)

## E-MAIL DECLARATION OF MS. GWENDOLYN GEOHAGHAN

I am the third-party custodian for Mr. David Lee Thomas. By order of the Court, Mr. Thomas is confined to my home at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I attest that during the period of his release, Mr. Thomas has not left my home except as authorized by the Court's order or by pretrial services and that he has fully abided by the terms of his pretrial release. I attest that, if Mr. Thomas violates a condition of release or is no longer in my custody, I will notify the Court and pretrial services immediately.

By submitting this statement, I, Gwendolyn Geohaghan, declare, under the penalty of perjury, that the statements contained in this email are true and correct. I further understand that I could be prosecuted for perjury for making a false statement under 18 U.S.C. § 1001 if the statements made in this email are not true and correct.

/s/ Gwendolyn Geohaghan
Date: DD/MO/YEAR